IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Harry Powell K-61915, | ) | |
| Plaintiff, | ) | Case No: 3:15 CV 50293 |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Jill Wahl, | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

     Pavey hearing held on 8/21/2017. Testimony heard. Exhibits 1-11 presented and admitted into evidence. Based upon the evidence and testimony presented at the hearing, it is this Court's Report and Recommendation that Defendant's request for dismissal of the amended complaint for the failure to exhaust administrative remedies be denied for the reasons stated in open court. Any objection to this Report and Recommendation must be filed by 9/5/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). Telephonic status hearing set for 9/19/2017 at 1:30 PM. By 9/15/2017, counsel shall provide direct-dial telephone numbers for the hearing to the Court's operations specialist, who will initiate the call.

(3:06)
Date: August 21, 2017                                                  /s/ Iain D. Johnston
                                                                                      U.S. Magistrate Judge