# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Harry Powell K-61915, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 15 C 50293 |
| Jill Wahl, | ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [64] from the magistrate judge recommending that defendant's request for dismissal of the amended complaint for failure to exhaust administrative remedies be denied. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and denies defendant's request for dismissal.

Date: 9/7/2017         ENTER:

_____
FREDERICK J. KAPALA
District Judge